**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−70244−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brentley Glenn Roxby | Terri Ann Roxby |
| 335 Belmont Street | 335 Belmont Street |
| Johnstown, PA 15904 | Johnstown, PA 15904 |

Social Security No.:
xxx−xx−2161                                              xxx−xx−5120

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Forrest B. Fordham III | Ronda J. Winnecour |
| Forrest B. Fordham III | Suite 3250, USX Tower |
| Highland Commons 2nd Floor | 600 Grant Street |
| 351 Budfield Street | Pittsburgh, PA 15219 |
| Johnstown, PA 15904 | Telephone number: 412−471−5566 |
| Telephone number: 814−266−7425 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| July 14, 2017 | July 14, 2017 |
| 01:00 PM | 01:00 PM |
| Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/6/17                                                             BY THE COURT

                                                                          Jeffery A. Deller
                                                                          Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Brentley Glenn Roxby
Terri Ann Roxby
    Debtors

Case No. 17-70244-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 2     Date Rcvd: Jun 06, 2017
                             Form ID: rsc13     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.

```
db/jdb         +Brentley Glenn Roxby,    Terri Ann Roxby,    335 Belmont Street,    Johnstown, PA 15904-1551
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14389587       +AT & T Universal Card,    P.O. Box 9001037,    Louisville, KY 40290-1037
14389586       +AmeriServ Visa,    P.O. Box 790408,    Saint Louis, MO 63179-0408
14389585       +American Education Service,    Harrisburg, PA 17130-0001
14389588       +Atlantic Broadband,    c/o Credit Protection Association,    P.O. Box 802068,
                 Dallas, TX 75380-2068
14389589       +Boscov's,    P.O. Box 71106,    Charlotte, NC 28272-1106
14389590       +Chan Soon-Shiong Medical Center,    600 Somerset Avenue,    Windber, PA 15963-1331
14405244       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14389591       +Citizens One Auto Finance,    P.O. Box 42113,    Providence, RI 02940-2113
14389592       +Discover Card,    P.O. Box 742655,    Cincinnati, OH 45274-2655
14389593        First National Bank,    4140 Estate State Street,    Hermitage, PA 16148
14390169       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14389597       +Sears Credit Card,    P.O. Box 183081,    Columbus, OH 43218-3081
14389598      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,    P.O. Box 5855,    Carol Stream, IL 60197)
14404784       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14409756       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2017 00:49:13      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14398513        E-mail/Text: mrdiscen@discover.com Jun 07 2017 00:49:05      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14389594       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 00:50:13      J.C. Penney,    P.O. Box 960090,
                 Orlando, FL 32896-0090
14389595       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 00:50:13      Lowe's,
                 c/o Synchrony Bank ATTN: Bankrutpcy Dep,    P.O. Box 965060,    Orlando, FL 32896-5060
14389599       +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 00:50:22      Wolf Furniture,
                 c/o Synchrony Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
14389596        Sallie Mae
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:

```
              Forrest B. Fordham, III    on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com,
               fordham-law@hotmail.com
              Forrest B. Fordham, III    on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com,
               fordham-law@hotmail.com
```

```
District/off: 0315-7             User: culy                  Page 2 of 2               Date Rcvd: Jun 06, 2017
                                 Form ID: rsc13              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        TOTAL: 6