Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

### Case No. 17–70244–JAD

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brentley Glenn Roxby | Terri Ann Roxby |
| 335 Belmont Street | 335 Belmont Street |
| Johnstown, PA 15904 | Johnstown, PA 15904 |

Social Security No.:
   xxx–xx–2161                             xxx–xx–5120

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Forrest B. Fordham III
Forrest B. Fordham III
Highland Commons 2nd Floor
351 Budfield Street
Johnstown, PA 15904
Telephone number:  814–266–7425

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
September 15, 2017
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA
15904

CONFIRMATION HEARING DATE/TIME/LOC
September 15, 2017
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA
15904

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE
OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS
WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER
NOTICE OR HEARING.**

Dated: 7/19/17

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70244-JAD
Brentley Glenn Roxby                                                       Chapter 13
Terri Ann Roxby
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: culy        Page 1 of 2        Date Rcvd: Jul 19, 2017
                           Form ID: rsc13     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
```
db/jdb       +Brentley Glenn Roxby,   Terri Ann Roxby,   335 Belmont Street,   Johnstown, PA 15904-1551
cr           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14389587     +AT & T Universal Card,   P.O. Box 9001037,   Louisville, KY 40290-1037
14389586     +AmeriServ Visa,   P.O. Box 790408,   Saint Louis, MO 63179-0408
14389585     +American Education Service,   Harrisburg, PA 17130-0001
14389588     +Atlantic Broadband,   c/o Credit Protection Association,   P.O. Box 802068,
              Dallas, TX 75380-2068
14389589     +Boscov's,   P.O. Box 71106,   Charlotte, NC 28272-1106
14389590     +Chan Soon-Shiong Medical Center,   600 Somerset Avenue,   Windber, PA 15963-1331
14405244     +Citizens Bank N.A.,   1 Citizens Drive Mailstop ROP15B,   Riverside, RI 02915-3019
14389591     +Citizens One Auto Finance,   P.O. Box 42113,   Providence, RI 02940-2113
14389592     +Discover Card,   P.O. Box 742655,   Cincinnati, OH 45274-2655
14389593      First National Bank,   4140 Estate State Street,   Hermitage, PA 16148
14390169     +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14389597     +Sears Credit Card,   P.O. Box 183081,   Columbus, OH 43218-3081
14389598     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial,   P.O. Box 5855,   Carol Stream, IL 60197)
14404784     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
              Addison, Texas 75001-9013
14409756     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:03:41     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14398513      E-mail/Text: mrdiscen@discover.com Jul 20 2017 01:03:16     Discover Bank,
              Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
14389594     +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 00:59:23     J.C. Penney,   P.O. Box 960090,
              Orlando, FL 32896-0090
14647471      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2017 00:59:27
              LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14389595     +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 00:59:05     Lowe's,
              c/o Synchrony Bank ATTN:  Bankrutpcy Dep,   P.O. Box 965060,   Orlando, FL 32896-5060
14389599     +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 00:59:06     Wolf Furniture,
              c/o Synchrony Bank,   P.O. Box 960061,   Orlando, FL 32896-0061
                                                                                         TOTAL: 6


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Toyota Motor Credit Corporation
14389596      Sallie Mae
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                            TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7          User: culy              Page 2 of 2          Date Rcvd: Jul 19, 2017
                             Form ID: rsc13           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              Forrest B. Fordham, III     on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com,
                 fordham-law@hotmail.com
              Forrest B. Fordham, III     on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com,
                 fordham-law@hotmail.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
                 srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                    TOTAL: 6