PAWB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  BRENTLEY GLENN ROXBY and,                 :          Bankruptcy No. 17-70244-JAD
TERRI ANN ROXBY,                                           :
                                                                       :
                                                                       :
                        Debtor                                 :
                                                                       :          Chapter 13
                                                                       :
Movant                                                          :
 n/a                                                               :          Related to Document No.

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

        In accordance with Local Bankruptcy Rule 1007-1(f) I, Forrest B. Fordham, III, counsel for the

debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and

addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned

case regarding the filing of an amendment to the schedules.

1ST Summit Bank
125 Donald Lane
Johnstown, PA  15904


Date:   ___August 29, 2017_____          ___/s/ Forrest B. Fordham, III____
                                                                Forrest B. Fordham, III - Attorney for Debtor(s)
                                                                351 Budfield Street, Johnstown, PA  15904
                                                                (814)  266-7425
                                                                PA Bar I.D. - 69596
                                                                Ffordhamlaw@msn.com