IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: **Brentley Glenn Roxby**
**Terri Ann Roxby**
: Bankruptcy No. **17-70244**
:
Debtor :
: Chapter **13**
Movant :
: Related to Document No.
v. :
:
:
Respondent (if none, then "No Respondent") :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
  Check one:
    _____ Creditor(s) added
    _____ NO Creditor(s) added
    _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
  Check one:
    _____ Creditor(s) added
    _____ NO Creditor(s) added
    _____ Creditor(s) deleted
**x** Schedule F - Creditors Holding Unsecured Nonpriority Claims
  Check one:
    **x** Creditor(s) added
    _____ NO Creditor(s) added
    _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
  Check one:
    _____ Creditor(s) added
    _____ NO Creditor(s) added
    _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

**1ST Summit Bank, 125 Donald Lane, Johnstown, PA  15904**

| | |
|---|---|
| Date **August 29, 2017** | **/s/ Forrest B. Fordham, III** |
| | Attorney for Debtor(s) [or *pro se* Debtor(s)] |
| | **Forrest B. Fordham, III** |
| | (Typed Name) |
| | **Highland Commons** |
| | **351 Budfield Street** |
| | **Johnstown, PA 15904** |
| | (Address) |
| | **18142667425** |
| | (Phone No.) |
| | **69596** |
| | List Bar I.D. and State of Admission |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.