ROXBY _____ Case No. 17-70244 JAD
Debtor(s)

Chapter 13 Plan dated  9/10/17            Issued per the  9 / 15 /2017  Proceeding

Next Hearing Date: 10/19/17 @
& time: 1:30 pm

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, hereby agree as follows:*

☐    (1) No Changes to standard Confirmation order

(2) Changes to the standard Confirmation Order as indicated

☐    A.    For the remainder of the Plan term, the Plan payment is amended to be $_____ as of _____. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☐    B.    The length of the Plan is increased to a total of _____ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒    C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐    D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. §506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. §507, and all objections to claims.

☐    E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan.

☐    F.    _____ shall be paid monthly payments of $_____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the *third* distribution level.

☐    G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

☒    H.    Additional Terms:
→ First National Bank (CL #6) to govern to be paid at 4% in section 5 of plan in amt to be determined by Trustee

☒    Fee application needed if any fee (including retainer) exceeds $2,500/$3,100 including any fees paid to prior counsel.

Citizens Bank (CL #3) put on reserve - Sur paying directly

Toyota Motor (CL #7) put on reserve Sur paying directly

Toyota lease (CL #2) moved to section 8 of plan with 25 payments starting at month 1 of plan.