# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| BRENTLEY GLENN ROXBY and TERRI ANN ROXBY, ) | CASE NO. 17-70244-JAD |
| Debtors ) | CHAPTER 13 |
| BRENTLEY GLENN ROXBY and TERRI ANN ROXBY, ) | |
| Movants ) | Document No. _____ |
| vs. ) | |
| 1ST SUMMIT BANK, AMERICAN EDUCATION SERVICE, ) AMERISERV VISA, AT & T UNIVERSAL CARD, ATLANTIC ) BROADBAND, BOSCOV'S, CHAN SOON-SHIONG MED CTR, ) CITIZENS ONE AUTO FINANCE, DISCOVER CARD, ) FIRST NATIONAL BANK, J.C. PENNEY, LOWE'S, SALLIE ) MAE, SEARS CREDIT CARD, TOYOTA FINANCIAL, WOLFE ) FURNITURE,, RHONDA J. WINNECOUR, TRUSTEE, ) Respondents ) | Hearing Date: 4/5/2019 Time: 11:00 a.m. |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## MOTION TO SELL REAL ESTATE FREE AND DIVESTED OF LIENS

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 28, 2019, i.e., seventeen (17) days after the date of service below in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of the Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on April 5, 2019, at 11:00 a.m. before Judge Jeffery A. Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, Pennsylvania 15901. (Video Conferencing will be available in Courtroom D in Pittsburgh). Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:: March 11, 2019

        /s / Forrest B. Fordham, III
Forrest B. Fordham, III
Attorney for Movant
351 Budfield Street, 2nd Floor
Johnstown, Pennsylvania 15904
(814) 266-7425
Ffordhamlaw@msn.com
PA ID NO 69596