PAWB FORM 7  (03/12)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: BRENTLEY GLENN ROXBY and TERRI ANN ROXBY, | : : : : : : | Bankruptcy No. 17-70244-JAD  Chapter   13  Document No. ____ |
| Debtors | | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTIN TO SELL REAL ESTATE FREE AND DIVESTED OF LIENS AND MOTION TO SELL REAL ESTATE FREE AND DIVESTED OF LIENS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 11, 2019.

The type(s) of service made on the parties was:  First-Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Brentley Glenn Roxy
Terri Ann Roxby
335 Belmont Street
Johnstown, PA  15904

Ronda J. Winnecour, Ch 13 Trustee
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

CL 45 MW Loan, 1, LLC
3144 S. Winton Road
Rochester, NY  14623

Mr. Barry Russo
605 Park Avenue
Windber, PA  15963

(See Attached list of Creditors)

Dated:  March 11, 2019

  /s/ Forrest B. Fordham, III
  Forrest B. Fordham, III, Esquire
  Attorney For Movant
  351 Budfield Street
  Johnstown, PA 15904-3213
  (814) 266-7425
  Ffordhamlaw@msn.com
  PA I.D. No. 69596