UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terri Ann Roxby<br>Brentley Glenn Roxby<br>　　　　　　　　　　Debtor(s)<br><br>Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　v.<br>Terri Ann Roxby<br>Brentley Glenn Roxby<br>　　　　　　　　　　Respondent<br>　　　and<br>TRonda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 17-70244-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 54 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this <u>1st</u> day of <u>April</u>, 2019, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2009 Toyota Corolla, VIN: 2T1BU40E89C059039, in a commercially reasonable manner.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_/s/ Jeffery A. Deller_
Jeffery A. Deller
United States Bankruptcy Judge

cc: See attached service list:

FILED
4/1/19 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Terri Ann Roxby
335 Belmont Street
Johnstown, PA 15904

Brentley Glenn Roxby
335 Belmont Street
Johnstown, PA 15904

FORREST B. FORDHAM III, Esq.
Highland Commons 2nd Floor
351 Budfield Street
Johnstown, PA 15904
FFordhamlaw@msn.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70244-JAD
Brentley Glenn Roxby                                                  Chapter 13
Terri Ann Roxby
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: lfin   Page 1 of 1   Date Rcvd: Apr 01, 2019
                     Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
db/jdb         +Brentley Glenn Roxby,    Terri Ann Roxby,    335 Belmont Street,    Johnstown, PA 15904-1551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:
        Forrest B. Fordham, III    on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com, fordham-law@hotmail.com
        Forrest B. Fordham, III    on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com, fordham-law@hotmail.com
        James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        KIMBERLY A. BONNER    on behalf of Creditor    CL45 MW Loan 1, LLC kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                    TOTAL: 7