# Proof of Publication of Notice in Daily American

Commonwealth of Pennsylvania) ss
County of Somerset )

Jeff Katora being duly sworn, says: That he is editor, general manager, advertising director of the Daily American, a newspaper of general circulation, published at 334 West Main Street, in the Borough of Somerset, County of Somerset and State of Pennsylvania.

That said newspaper was established as a daily newspaper of general circulation on the First day of July, 1929, since which date said newspaper ha been published daily in the Borough of Somerset; that a copy of the printed notice, hereto attached, is exactly as the same was printed and published in the regular edition of the Daily American, published on the following dates, viz:

March 19, 2019

That affiant further deposes and declares that he is not interested in the subject matter of the aforesaid notice of publication and that all allegations in the foregoing statement as to time, place and character of publication are true.

Sworn to and subscribed before me this 20 day of March, 2019.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joyce I. Brown, Notary Public
Somerset Boro, Somerset County
My Commission Expires March 7, 2021

My Commission Expires March 7, 2021

Copy of Notice of Publication

**BANKRUPTCY SALE**

In re: Brentley Glenn Roxby and Terri Ann Roxby, Case No. 17-70244-JAD Real property owned by BB & R, LLC with a mailing address of 1100 Graham Avenue, Windber, PA 15963. Sale to be held: **April 5, 2019, 11:00 a.m.** Courtroom B, Penn Traffic Building, First Floor, 319 Washington St., Johnstown, PA 15901. (Video Conferencing will be available in Courtroom D in Pittsburgh). Contact Forrest B. Fordham, III, 351 Budfield St., Johnstown, PA 15904, 814-266-7425. For information: www.pawb.uscourts.gov/electronic-access-sales-information-easi

## STATEMENT OF ADVERTISING COSTS

Bankruptcy Sale

Brentley Glenn Roxby & Terri Ann Roxby

3-19-L-19-2

To Daily American, Somerset

For publishing the notice or advertisement attached heretofore the above stated dates     $ 63.00

                                              5.00

Probating same............ $

Total............ $ 68.00

## Publisher's Receipt for Advertising Costs

# Electronic Access to Sale Information Details

## 1100 Graham Avenue, Windber, PA 15963

Map No. S50-025-350-00; S50-025-349-00; S50-025-351-00

| | | | |
|---|---|---|---|
| **List/Offer Price:** | $200,000.00 | **Contact:** | Forrest Fordham |
| **Asset County:** | Somerset, PA | **Contact phone:** | 814-266-7425 |
| **Case:** | 17-70244 **Chapter:** 13 | **Contact email:** | fordham-law@hotmail.com |
| **Case Name:** | Brentley Glenn Rosby | | |
| **Judge:** | Chief Judge Jeffery A. Deller | | |
| **Trustee:** | Winnecour | | |

**Sale Hearing Date:** 04/05/2019
**Sale Date:** 04/05/2019 at 11:00 am
**Sale Location:** Courtroom B

Asset Description (PDF)

Sale Item Listed: March 18, 2019

Print   Close

# Somerset Legal Journal

P.O. Box 501
Somerset, PA  15501

| Bill To |
| --- |
| Forrest B. Fordham, III |
| 351 Budfield Street, 2nd Floor |
| Johnstown, PA  15904 |

# Invoice

| Date | Invoice # |
| --- | --- |
| 3/14/2019 | 19390 |

| Date Published | Description | Amount |
| --- | --- | --- |
| March 15, 2019 | BANKRUPTCY SALE-BB & R, LLC | 75.00 |
| | PROOF OF PUBLICATION WILL BE SENT UPON PAYMENT OF INVOICE | |

Please write Invoice Number on your check.

Phone: 814-445-4021
Fax: 814-445-4944

| | |
| --- | --- |
| **Total** | $75.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $75.00 |