# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** BRENTLEY GLENN & TERRI ANN ROXBY
**Case Number:** 17-70244-JAD   **Chapter:** 13

**Date / Time / Room:** FRIDAY, APRIL 05, 2019 11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Debtors' Motion To Sell Real Estate Free And Divested Of Liens
- Objection filed 3/25/2019 by CL 45 MW Loan 1, LLC at ECF No. 63 [Due 3/28/2019]
- Proof of Publication of Notice of Sale in the Daily American 4/4/2019 at ECF No. 67
R / M #:  57 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE /Sich
DEBTORS: FORREST B. FORDHAM, III, ESQUIRE
CREDITOR: KIMBERLY A. BONNER, ESQUIRE for CL 45 MW Loan 1, LLC

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of ___ at ___ AM/PM at ___
   ___ To Conciliation Conference For ___ at ___ AM/PM at ___
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
✓ OTHER: *order to be submitted w/ 7 days.

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
4/8/19 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA