WWR # 040443925

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**MODIFIED DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:<br>BRENTLEY GLENN ROXBY,<br>TERRI ANN ROXBY,<br><br>    Debtors,<br><br>CITIZENS BANK, N.A.,<br><br>    Movant,<br><br>    v.<br><br>BRENTLEY GLENN ROXBY, DEBTOR,<br>TERRI ANN ROXBY, DEBTOR,<br>RONDA J. WINNECOUR, TRUSTEE,<br>    Respondents. | Bankruptcy No. 17-70244-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 82 |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this _12th_ day of _September_, 2019, in said District, upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A. is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2014 Kia Soul VIN: KNDJP3A54E7043704; that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to liquidate its collateral referenced herein.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

**FILED
9/12/19 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Brentley Glenn Roxby  
Terri Ann Roxby  
    Debtors

Case No. 17-70244-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Sep 12, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.  
db/jdb         +Brentley Glenn Roxby,   Terri Ann Roxby,   335 Belmont Street,   Johnstown, PA 15904-1551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:

           Brian Thomas Langford    on behalf of Creditor    CITIZENS BANK, N.A. PitEcf@weltman.com,  
            PitEcf@weltman.com  
           Forrest B. Fordham, III    on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com,  
            fordham-law@hotmail.com  
           Forrest B. Fordham, III    on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com,  
            fordham-law@hotmail.com  
           James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
           KIMBERLY A. BONNER    on behalf of Creditor    CL45 MW Loan 1, LLC kab@jsdc.com,  
            jnr@jsdc.com;eaf@jsdc.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                                            TOTAL: 8