# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/16/2022

IN RE:

| | |
|---|---|
| BRENTLEY GLENN ROXBY | Case No.17-70244 JAD |
| TERRI ANN ROXBY | |
| 335 BELMONT STREET | Chapter 13 |
| JOHNSTOWN,  PA  15904 | |
| XXX-XX-2161          Debtor(s) | |

XXX-XX-5120

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/16/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| SYNCHRONY BANK | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9583 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/PRAE | |

| PEOPLES NATURAL GAS CO LLC* | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  /PRAE | |

| CITIZENS BANK NA(*) | Trustee Claim Number:3   INT %: 2.91% | CRED DESC:  VEHICLE |
|---|---|---|
| 1 CITIZENS DR | Court Claim Number:4 | ACCOUNT NO.: 8993 |
| MS ROP15B | | |
| | CLAIM:  18,986.11 | |
| RIVERSIDE, RI  02915 | COMMENT:  CL4GOVS~383/MO-CONF*20460.29@2.910%~K/PL@ADEQ PROT*PL=K | |

| CITIZENS BANK NA(*) | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  VEHICLE |
|---|---|---|
| 1 CITIZENS DR | Court Claim Number:3 | ACCOUNT NO.: 3596 |
| MS ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  RS/OE*PD OUTSIDE/CONF*11506.97@2.23%KTERMS@ADEQ PROT/PL*PL=K*CL=1( | |

| FIRST NATIONAL BANK OF PA(*) | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| LOAN ADJUSTMENT DEPT* | Court Claim Number:5 | ACCOUNT NO.: 5140 |
| 4140 E STATE ST | | |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT:  886/PL*885.81x(60+2)=LMT*BGN 4/17 | |

| TOYOTA LEASE TRUST | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O TOYOTA MOTOR CREDIT CORP | Court Claim Number:2 | ACCOUNT NO.: G781 |
| PO BOX 9490 | | |
| | CLAIM:  4,808.95 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT:  RS/MDF DOE*5971.68@SLNT%ADEQ PROT~SEC/PL*PMTx25 REM/CONF=LMT*CL=∢ | |

| TOYOTA MOTOR CREDIT CORP (TMCC) | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  VEHICLE |
|---|---|---|
| POB 9490** | Court Claim Number:7-2 | ACCOUNT NO.: 6342 |
| | | |
| | CLAIM:  0.00 | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT:  RS/MDF DOE*PD OUTSIDE/CONF*5269.22@SLNT%ADEQ PROT/PL*PL NT K*DK*AM | |

| AES (AMERICAN EDUCATION SRVCS) | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 1200 N SEVENTH ST 2ND FL* | Court Claim Number: | ACCOUNT NO.: 3887 |
| ATTN DDB TEAM | | |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17104-1444 | COMMENT: | |

| US BANK NA D/B/A ELAN FINANCIAL SERVICES | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 5227 | Court Claim Number:9 | ACCOUNT NO.: 7282 |
| | CLAIM:  10,128.99 | |
| CINCINNATI, OH  45201-5227 | COMMENT: | |

| LVNV FUNDING LLC, ASSIGNEE | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 6354 |
| POB 10587 | | |
| | CLAIM:  4,416.71 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK/AT AND T | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CREDIT PROTECTION ASSN++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| NOEL ROAD | Court Claim Number: | ACCOUNT NO.:  7076 |
| P. O. BOX 802068 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75380 | COMMENT:  ATLANTIC BROADBAND/SCH | |

| | | |
|---|---|---|
| **BOSCOV'S** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 4274 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| READING, PA  19606-0674 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CHAN SOON SHIONG MEDICAL CENTER @WIND** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 600 SOMERSET AVE | Court Claim Number: | ACCOUNT NO.:  104H |
| | CLAIM:  0.00 | |
| WINDBER, PA  15963 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  3128 |
| PO BOX 3025 | | |
| | CLAIM:  9,923.43 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:10 | ACCOUNT NO.:  2388 |
| PO BOX 2011 | | |
| | CLAIM:  269.04 | |
| WARREN, MI  48090 | COMMENT:  3881/SCH*SYNCHRONY/JCP | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  9583 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~LOWES/SCH | |

| | | |
|---|---|---|
| **SALLIE MAE++** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 9430 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WILKES BARRE, PA  18706 | COMMENT:  NO ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:12 | ACCOUNT NO.:  1067 |
| | CLAIM:  825.95 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/SEARS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:13 | ACCOUNT NO.:  4558 |
| | CLAIM:  8,475.27 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/SEARS | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:11 | ACCOUNT NO.:  5191 |
| PO BOX 27288 | | |
| | CLAIM:  1,131.36 | |
| TEMPE, AZ  85282 | COMMENT:  8523/SCH*SYNCHRONY/HOME DESIGN | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:21  INT %: 4.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:6 | ACCOUNT NO.:  1255 |
| 4140 E STATE ST | | |
| | CLAIM:  9,833.92 | |
| HERMITAGE, PA  16148 | COMMENT:  CL6GOVS@4%~$203/MO-CONF*NT/SCH-PL*BGN 4/17*2ND*DK | |

| | | |
|---|---|---|
| **1ST SUMMIT BANK(*)** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC:  UNSECURED/LATE FILED |
| ATTN: COLLECTIONS | Court Claim Number:14 | ACCOUNT NO.:  5663 |
| POB 5480* | | |
| | CLAIM:  4,405.42 | |
| JOHNSTOWN, PA  15904 | COMMENT:  NT/SCH*ACCT OPEN 4/16/14 | |

| | | |
|---|---|---|
| **1ST SUMMIT BANK(*)** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC:  UNSECURED/LATE FILED |
| ATTN: COLLECTIONS | Court Claim Number:15 | ACCOUNT NO.:  2892 |
| POB 5480* | | |
| | CLAIM:  2,817.72 | |
| JOHNSTOWN, PA  15904 | COMMENT:  NT/SCH*LOAN BGN 10/13/15 | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  TOYOTA MOTOR/PRAE | |

| | | |
|---|---|---|
| **KIMBERLY A BONNER ESQ** | Trustee Claim Number:25  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| JSDC LAW OFFICES | Court Claim Number: | ACCOUNT NO.: |
| POB 650 | | |
| | CLAIM:  0.00 | |
| HERSHEY, PA  17033 | COMMENT:  CL 45 MW LOAN/PRAE | |

| | | |
|---|---|---|
| **TOYOTA MOTOR CREDIT CORP** | Trustee Claim Number:26  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:7-2 | ACCOUNT NO.:  6342 |
| POB 3001 | | |
| | CLAIM:  0.00 | |
| MALVERN, PA  19355-0701 | COMMENT:  DFNCY BAL*AMD*CL=3504.08*R/S @ CID 7~PD OUTSIDE BY CO-BUYER | |