FILED
3/25/22 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 17-70244-JAD |
| Bentley Glenn Roxby ) | Chapter 13 |
| Terri Ann Roxby ) | |
|     Debtor(s) ) | Related to Dkt. No. 92 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Bentley Glenn Roxby ) | |
| Terri Ann Roxby ) | |
|     Respondent(s) ) | |

NOTICE OF ZOOM HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Hearing** on the Trustee's motion will be held on **April 27, 2022, at 10:00 a.m. before Judge Jeffery A. Deller.** Parties wishing to appear by Zoom shall make arrangements as directed by Judge Jeffery A. Deller's Zoom Procedures at [http://www/pawb.uscourts.gov/content/judge-jeffery-deller](http://www/pawb.uscourts.gov/content/judge-jeffery-deller). Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **April 13, 2022.**

| | |
|---|---|
| 3/24/2022 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-70244-JAD

Brentley Glenn Roxby     Chapter 13

Terri Ann Roxby

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3

Date Rcvd: Mar 25, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brentley Glenn Roxby, Terri Ann Roxby, 335 Belmont Street, Johnstown, PA 15904-1551 |
| cr | + | CL45 MW Loan 1, LLC, c/o Midwest Servicing 4, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14684600 | + | 1ST Summit Bank, Attn: Collection Dept., 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14389586 | + | AmeriServ Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14389585 | + | American Education Service, Harrisburg, PA 17130-0001 |
| 14389588 | + | Atlantic Broadband, c/o Credit Protection Association, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14389589 | + | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14389590 | + | Chan Soon-Shiong Medical Center, 600 Somerset Avenue, Windber, PA 15963-1331 |
| 14389592 | + | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14389593 | | First National Bank, 4140 Estate State Street, Hermitage, PA 16148 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 25 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14389587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 23:49:52 | AT & T Universal Card, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14405244 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 25 2022 23:45:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14389591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 25 2022 23:45:00 | Citizens One Auto Finance, P.O. Box 42113, Providence, RI 02940 |
| 14673227 | + | Email/Text: bankruptcy@cavps.com | Mar 25 2022 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14398513 | | Email/Text: mrdiscen@discover.com | Mar 25 2022 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14389594 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:48 | J.C. Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14647471 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2022 23:49:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14389595 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:50:04 | Lowe's, c/o Synchrony Bank ATTN: Bankrutpcy Dep, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14672939 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2022 23:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14681622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2022 23:50:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14390169 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 17-70244-JAD    Doc 95    Filed 03/27/22    Entered 03/28/22 00:22:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 25 2022 23:49:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14389597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2022 23:49:37 | Sears Credit Card, P.O. Box 183081, Columbus, OH 43218-3081 |
| 14389598 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 25 2022 23:45:00 | Toyota Financial, P.O. Box 5855, Carol Stream, IL 60197 |
| 14404784 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 25 2022 23:45:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14409756 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 25 2022 23:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15091997 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2022 23:49:37 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14672099 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 25 2022 23:45:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14389599 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 23:49:35 | Wolf Furniture, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Toyota Motor Credit Corporation |
| cr | | Toyota Motor Credit Corporation |
| 14389596 | | Sallie Mae |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Forrest B. Fordham, III | on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com fordham-law@hotmail.com |

Forrest B. Fordham, III
    on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com fordham-law@hotmail.com

Garry Alan Masterson
    on behalf of Creditor CITIZENS BANK N.A. pitecf@weltman.com

KIMBERLY A. BONNER
    on behalf of Creditor CL45 MW Loan 1 LLC kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8