IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| BRENTLEY GLENN ROXBY and TERRI ANN ROXBY, | ) | CASE NO. 17-70244-JAD |
| Debtors | ) | CHAPTER 13 |
| | ) | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | ) | |
| Movants | ) | Document No. _____ |
| vs. | ) | |
| BRENTLEY GLENN ROXBY and TERRI ANN ROXBY, | ) | |
| Respondents | ) | |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**AND NOW**, come the Debtors, Brentley Glenn Roxby and Terri Ann Roxby, by and through their attorney, Forrest B. Fordham, III, Esquire, and file this Response to the Trustee's Motion to Dismiss:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted. Debtors are in agreement with the Trustee to pay $3,050.00. to complete the plan and resume making long term continuing debt payments.
5. Admitted.
6. The Debtors seek to extend the term of their plan for 30 days and intend to pay the arrearage within this time.
7. Admitted.

Wherefore, the Debtors respectfully request that the Trustee's Motion to Dismiss be denied.

Dated: April 13, 2022              BY: /s/ Forrest B. Fordham, III
                                   Forrest B. Fordham, III
                                   Attorney for the Debtor
                                   Highland Commons, 2nd Floor
                                   351 Budfield Street
                                   Johnstown, PA 15904
                                   (814) 266-7425
                                   PA Supreme Court I.D. 69596