FILED
6/15/22 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-70244-JAD |
| Bentley Glenn Roxby | ) | Chapter 13 |
| Terri Ann Roxby | ) | |
| Debtor(s) | ) | Related to ECF 92, 99 |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Bentley Glenn Roxby | ) | |
| Terri Ann Roxby | ) | |
| Respondent(s) | ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on March 24, 2022 (document #92) is hereby WITHDRAWN. The hearing scheduled for June 22, 2022 is cancelled.

Respectfully submitted

6/14/2022

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
June 15, 2022

_____
Jeffery A. Deller   jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70244-JAD

Brentley Glenn Roxby  Chapter 13

Terri Ann Roxby

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Jun 15, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brentley Glenn Roxby, Terri Ann Roxby, 335 Belmont Street, Johnstown, PA 15904-1551 |
| cr | + | CL45 MW Loan 1, LLC, c/o Midwest Servicing 4, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14684600 | + | 1ST Summit Bank, Attn: Collection Dept., 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14389586 | + | AmeriServ Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14389588 | + | Atlantic Broadband, c/o Credit Protection Association, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14389589 | + | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14389590 | + | Chan Soon-Shiong Medical Center, 600 Somerset Avenue, Windber, PA 15963-1331 |
| 14389592 | + | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14389593 | | First National Bank, 4140 Estate State Street, Hermitage, PA 16148 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 23:45:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14389587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 23:52:14 | AT & T Universal Card, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14389585 | + | Email/Text: bncnotifications@pheaa.org | Jun 15 2022 23:45:00 | American Education Service, Harrisburg, PA 17130-0001 |
| 14405244 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 15 2022 23:45:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14389591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 15 2022 23:45:00 | Citizens One Auto Finance, P.O. Box 42113, Providence, RI 02940 |
| 14673227 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 23:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14398513 | | Email/Text: mrdiscen@discover.com | Jun 15 2022 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14389594 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 23:51:58 | J.C. Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14647471 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 23:51:58 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14389595 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 23:52:13 | Lowe's, c/o Synchrony Bank ATTN: Bankrutpcy Dep, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14672939 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 23:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14681622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 23:52:27 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14390169 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2022 23:52:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14389597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 23:52:28 | Sears Credit Card, P.O. Box 183081, Columbus, OH 43218-3081 |
| 14389598 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 15 2022 23:45:00 | Toyota Financial, P.O. Box 5855, Carol Stream, IL 60197 |
| 14404784 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 15 2022 23:45:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14409756 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 15 2022 23:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15091997 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 23:52:27 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14672099 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 15 2022 23:45:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14389599 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 15 2022 23:51:57 | Wolf Furniture, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Toyota Motor Credit Corporation |
| cr | | Toyota Motor Credit Corporation |
| 14389596 | | Sallie Mae |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Forrest B. Fordham, III | on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com  fordham-law@hotmail.com |

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 15, 2022 | Form ID: pdf900 | Total Noticed: 29 |

Forrest B. Fordham, III
    on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com  fordham-law@hotmail.com

Garry Alan Masterson
    on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com

KIMBERLY A. BONNER
    on behalf of Creditor CL45 MW Loan 1  LLC kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8