IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 17-70244-JAD |
| | ) | |
| Brentley G. Roxby and Terri A. Roxby, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | RELATED TO DOC NO. 107 |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the July 8, 2022 Order Setting Date Certain for Response and Hearing (Doc No. 107) was served on the following this 11th day of July, 2022, via Electronic Notification or First Class Mail:

**VIA FIRST CLASS MAIL**
Brentley Glenn Roxby
335 Belmont Street
Johnstown, PA 15904

Terri Ann Roxby
335 Belmont Street
Johnstown, PA 15904

**VIA ELECTRONIC NOTIFICATION**
Forrest B. Fordham, III, Esquire
Highland Commons 2nd Floor
351 Budfield Street
Johnstown, PA 15904
Email: FFordhamlaw@msn.com

**VIA ELECTRONIC NOTIFICATION**
Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
E-mail: cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Center, Suite 970
Pittsburgh, PA 15222
E-mail: ustpregion03.pi.ecf@usdoj.gov

/s/ David W. Raphael
David W. Raphael, Esquire
Attorney for Movant
100 Federal Street
Pittsburgh, PA 15212
(412) 465-9718
raphaeld@fnb-corp.com