**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRENTLEY GLENN ROXBY<br>TERRI ANN ROXBY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-70244 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.


July 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/27/2017 and confirmed on 9/21/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,260.99 |
| Less Refunds to Debtor | 252.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,008.51 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,000.00 | |
|   Trustee Fee | 4,722.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,722.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 54,920.22 | 0.00 | 54,920.22 |
|     Acct: 5140 | | | | |
|   CITIZENS BANK NA(*) | 18,986.11 | 18,986.11 | 1,419.91 | 20,406.02 |
|     Acct: 8993 | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3596 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6342 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 9,833.92 | 9,833.92 | 1,317.03 | 11,150.95 |
|     Acct: 1255 | | | | |
| | | | | 86,477.19 |
| **Priority** | | | | |
|   FORREST B FORDHAM III ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRENTLEY GLENN ROXBY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRENTLEY GLENN ROXBY | 252.48 | 252.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORREST B FORDHAM III ESQ | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 4,808.95 | 4,808.95 | 0.00 | 4,808.95 |
|     Acct: G781 | | | | |
| | | | | 4,808.95 |
| **Unsecured** | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3887 | | | | |
|   US BANK NA D/B/A ELAN FINANCIAL SERV | 10,128.99 | 1,727.83 | 0.00 | 1,727.83 |
|     Acct: 7282 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 4,416.71 | 753.41 | 0.00 | 753.41 |
|     Acct: 6354 | | | | |
|   CREDIT PROTECTION ASSN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7076 | | | | |
|   BOSCOV'S | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | CHAN SOON SHIONG MEDICAL CENTER ( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 104H | | | | |
| | DISCOVER BANK(*) | 9,923.43 | 1,692.77 | 0.00 | 1,692.77 |
| | Acct: 3128 | | | | |
| | MIDLAND FUNDING LLC | 269.04 | 45.90 | 0.00 | 45.90 |
| | Acct: 2388 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9583 | | | | |
| | SALLIE MAE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 825.95 | 140.90 | 0.00 | 140.90 |
| | Acct: 1067 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 8,475.27 | 1,445.73 | 0.00 | 1,445.73 |
| | Acct: 4558 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 1,131.36 | 192.99 | 0.00 | 192.99 |
| | Acct: 5191 | | | | |
| | TOYOTA MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6342 | | | | |
| | 1ST SUMMIT BANK(*) | 4,405.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 5663 | | | | |
| | 1ST SUMMIT BANK(*) | 2,817.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 2892 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9583 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KIMBERLY A BONNER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 5,999.53 |

TOTAL PAID TO CREDITORS                                                                97,285.67

TOTAL CLAIMED
PRIORITY         4,808.95
SECURED         28,820.03
UNSECURED       42,393.89

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRENTLEY GLENN ROXBY
TERRI ANN ROXBY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-70244 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70244-JAD |
| Brentley Glenn Roxby | Chapter 13 |
| Terri Ann Roxby | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brentley Glenn Roxby, Terri Ann Roxby, 335 Belmont Street, Johnstown, PA 15904-1551 |
| cr | + | CL45 MW Loan 1, LLC, c/o Midwest Servicing 4, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14684600 | + | 1ST Summit Bank, Attn: Collection Dept., 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14389586 | + | AmeriServ Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14389588 | + | Atlantic Broadband, c/o Credit Protection Association, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14389590 | + | Chan Soon-Shiong Medical Center, 600 Somerset Avenue, Windber, PA 15963-1331 |
| 14389592 | + | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14389593 | | First National Bank, 4140 Estate State Street, Hermitage, PA 16148 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2022 23:50:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14389587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:14 | AT & T Universal Card, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14389585 | + | Email/Text: bncnotifications@pheaa.org | Jul 27 2022 23:50:00 | American Education Service, Harrisburg, PA 17130-0001 |
| 14389589 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:22 | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14405244 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2022 23:50:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14389591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2022 23:50:00 | Citizens One Auto Finance, P.O. Box 42113, Providence, RI 02940 |
| 14673227 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2022 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14398513 | | Email/Text: mrdiscen@discover.com | Jul 27 2022 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14389594 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:52 | J.C. Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14647471 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:57:58 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14389595 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:58:05 | Lowe's, c/o Synchrony Bank ATTN: Bankrutpcy Dep, P.O. Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14672939 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14681622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:57:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14390169 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2022 23:57:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14389597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:28 | Sears Credit Card, P.O. Box 183081, Columbus, OH 43218-3081 |
| 14389598 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2022 23:50:00 | Toyota Financial, P.O. Box 5855, Carol Stream, IL 60197 |
| 14404784 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14409756 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15091997 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14672099 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2022 23:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14389599 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:54 | Wolf Furniture, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Toyota Motor Credit Corporation |
| cr | | Toyota Motor Credit Corporation |
| 14389596 | | Sallie Mae |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| Name | Details |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Forrest B. Fordham, III | on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com  fordham-law@hotmail.com |
| Forrest B. Fordham, III | on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com  fordham-law@hotmail.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com |
| KIMBERLY A. BONNER | on behalf of Creditor CL45 MW Loan 1  LLC kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9