**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **BRENTLEY GLENN ROXBY and TERRI ANN ROXBY,** ) ) | **CASE NO. 17-70244-JAD** |
|       **Debtors** ) ) | |
| _____ ) | **CHAPTER 13** |
| **BRENTLEY GLENN ROXBY and TERRI ANN ROXBY,** ) ) | |
|       **Movants,** ) | |
| vs. ) ) | |
| **No Respondent** ) | |

## CERTIFICATION OF ELIGIBILITY FOR CHAPTER 13 DISCHARGE

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any domestic support obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 17, 2017 at Document Numbers 17 and 18, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(C) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, dated April 16, 2017 with the Certificate of Completion attached to the form.

      This Certification is being signed under penalty of perjury by Forrest B. Fordham, III, Esquire, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.


Dated: September 19, 2022       /s/ BRENTLEY GLENN ROXBY
                                                   BRENTLEY GLENN ROXBY
                                                   Debtor

Dated: September 19, 2022       /s/ TERRI ANN ROXBY
                                                   TERRI ANN ROXBY
                                                 Debtor

                                                 /s/ Forrest B. Fordham, III
                                                 FORREST B. FORDHAM, III
                                                 Attorney for Debtors
                                                 PA ID NO 69596
                                                 351 Budfield Street, 2nd Floor
                                                 Johnstown, PA 15904
                                                 (814) 266-7425
                                                 FFordhamlaw@msn.com