| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brentley Glenn Roxby**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2161<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Terri Ann Roxby**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5120<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–70244–JAD | | |

# Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brentley Glenn Roxby                                    Terri Ann Roxby

9/20/22                                                **By the court:** Jeffery A. Deller
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brentley Glenn Roxby  
Terri Ann Roxby  
    Debtors

Case No. 17-70244-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: Sep 20, 2022      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brentley Glenn Roxby, Terri Ann Roxby, 335 Belmont Street, Johnstown, PA 15904-1551 |
| cr | + | CL45 MW Loan 1, LLC, c/o Midwest Servicing 4, LLC, 3144 S. Winton Road, Rochester, NY 14623-2981 |
| 14684600 | + | 1ST Summit Bank, Attn: Collection Dept., 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |
| 14389586 | + | AmeriServ Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14389588 | + | Atlantic Broadband, c/o Credit Protection Association, P.O. Box 802068, Dallas, TX 75380-2068 |
| 14389590 | + | Chan Soon-Shiong Medical Center, 600 Somerset Avenue, Windber, PA 15963-1331 |
| 14389592 | + | Discover Card, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 14389593 | | First National Bank, 4140 Estate State Street, Hermitage, PA 16148 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 20 2022 23:49:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 20 2022 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14389587 | + | EDI: CITICORP.COM | Sep 21 2022 03:48:00 | AT & T Universal Card, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 14389585 | + | Email/Text: bncnotifications@pheaa.org | Sep 20 2022 23:49:00 | American Education Service, Harrisburg, PA 17130-0001 |
| 14389589 | + | EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14405244 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2022 23:49:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14389591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2022 23:49:00 | Citizens One Auto Finance, P.O. Box 42113, Providence, RI 02940 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14673227 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14398513 | | EDI: DISCOVER.COM | Sep 21 2022 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14389594 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | J.C. Penney, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14647471 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:34 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14389595 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | Lowe's, c/o Synchrony Bank ATTN: Bankrutpcy Dep, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14672939 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14681622 | | EDI: PRA.COM | Sep 21 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14390169 | + | EDI: RECOVERYCORP.COM | Sep 21 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14389597 | + | EDI: CITICORP.COM | Sep 21 2022 03:48:00 | Sears Credit Card, P.O. Box 183081, Columbus, OH 43218-3081 |
| 14389598 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 20 2022 23:49:00 | Toyota Financial, P.O. Box 5855, Carol Stream, IL 60197 |
| 14404784 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14409756 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15091997 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:40 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14672099 | | EDI: USBANKARS.COM | Sep 21 2022 03:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14389599 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | Wolf Furniture, c/o Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | Toyota Motor Credit Corporation |
| cr | | Toyota Motor Credit Corporation |
| 14389596 | | Sallie Mae |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022                                Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
                  on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

David W. Raphael
                  on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Forrest B. Fordham, III
                  on behalf of Debtor Brentley Glenn Roxby FFordhamlaw@msn.com  fordham-law@hotmail.com

Forrest B. Fordham, III
                  on behalf of Joint Debtor Terri Ann Roxby FFordhamlaw@msn.com  fordham-law@hotmail.com

Garry Alan Masterson
                  on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com

KIMBERLY A. BONNER
                  on behalf of Creditor CL45 MW Loan 1  LLC kab@jsdc.com, jnr@jsdc.com;eaf@jsdc.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

S. James Wallace
                  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9